166 A.3d 232

CAROLYN BAILEY, PLAINTIFF–PETITIONER, v. ZUCKER, GOLDBERG & ACKERMAN, LLC AND MICHAEL S. ACKERMAN, ESQ., DEFENDANTS–RESPONDENTS.

April 6, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000239–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

166 A.3d 233

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RAYMOND MORALES (A/K/A RAYMOND MORELLO), DEFENDANT–PETITIONER.

April 6, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004024–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.